[No. 12388-2-I.   Division One.   December 21, 1983.]

ROY WILLIAMSON, ET AL, *Appellants,* v. JAMES
CHRISTIANSON, ET AL, *Respondents.*

Appeal from a judgment of the Superior Court for Snohomish County, No. 81-2-02108-3, Thomas G. McCrea, J. Pro Tem., entered September 29, 1982. *Reversed* and *remanded* by unpublished opinion per Corbett, J., concurred in by Andersen, C.J., and Williams, J.

[Nos. 11713-1-I; 11716-5-I.   Division One.   December 21, 1983.]

THE STATE OF WASHINGTON, *Respondent,* v. BRIAN
P. SMOCK, *Appellant.*

Appeals from a judgment of the Superior Court for Whatcom County, No. 81-1-00173-7, Marshall Forrest, J., entered April 7, 1982. *Affirmed* by unpublished opinion per Durham, J., concurred in by Andersen, C.J., and Corbett, J.

[No. 11301-1-I.   Division One.   December 21, 1983.]

THE STATE OF WASHINGTON, *Respondent,* v. DONALD
LEE CALVIN, *Appellant.*

Appeal from a judgment of the Superior Court for Whatcom County, No. 81-1-00330-6, Marshall Forrest, J., entered December 18, 1981. *Affirmed* by unpublished opinion per Durham, A.C.J., concurred in by Ringold and Scholfield, JJ.